UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** November 2, 2020 | **Time:** 2:36-3:30 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 54 Mins. | |
| **Case No.:** 18-cr-00372-EJD-1 | **Case Name:** UNITED STATES v. Drew Milburn(P)(NC) | |

**Attorney for Plaintiff:** Maia Perez
**Attorney for Defendant:** Severa Keith

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** Cindy Suntay |

### PROCEEDINGS – CHANGE OF PLEA/SENTENCING HEARING
In-Court via AT&T Telephone conference due to COVID19

Defendant is present and out of custody.  Hearing held in-courtroom.
**Change of Plea**
Plea agreement executed and Defendant sworn.  Defendant pled guilty to Cts. 1 and 14 of the Indictment (Dkt. 1 filed 8/16/2018).  The Court accepted the guilty pleas and ordered the pleas recorded.
**Sentencing**
The defendant is committed to the custody of the Bureau of Prisons (BOP) to be imprisoned for a term of 60 months as to Ct. 1 and 120 months as to Ct. 14 of the Indictment. Said terms to run concurrently to one another; Upon release from imprisonment the defendant shall serve a term of 3 years supervised release as to Ct. 1 and 5 years supervised release as to Ct. 14 of the Indictment. Said terms to run concurrently to one another; The Court adopts the Probation Officer's recommendations for the standard and special conditions of supervised release;
The Court imposed a $200 special assessment fee ($100 each Ct.), due immediately;
Fine in the amount of $1,300.00 and no restitution imposed;
The Court ordered the defendant's interest in the forfeiture items is forfeited.  Government to file a proposed forfeiture order for the Court's review/approval.
The defendant shall self-surrender on January 27, 2021 by 2 p.m. either to the designated facility or if a facility has not been designated to the U.S. Marshal's office.
The Court makes the following recommendations to the BOP: 1) The defendant participate in RDAP and 2) if at all possible, if the defendant is to be determined to be a minimum low security inmate that he be designated to the Herlong Camp OR FCI Terminal Island facility.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: